Shaun Setareh (SBN 204514)
   shaun@setarehlaw.com
Tuvia Korobkin (SBN 268066)
   tuvia@setarehlaw.com
**SETAREH LAW GROUP**
9454 Wilshire Boulevard, Ste. 907
Beverly Hills, California  90212
Tel:  (310) 888-7771
Fax:  (310) 888-0109

Attorneys for Plaintiff,
MICHAEL NOKCHAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NOKCHAN, on behalf of himself, all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware limited liability company; HIREASE, LLC, a Florida limited liability company; and DOES 1 to 100, inclusive<br><br>    Defendants. | Case No. 15-CV-03009-DMR<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIVIL LOCAL RULE 3-13** |

Pursuant to Civil L.R. 3-13, Plaintiff Michael Nokchan ("Plaintiff") hereby notifies the Court that the instant case is related to the following case*:* A*bdul Kadir Mohamed v. Uber Technologies, Inc., Rasier, LLC, Hirease, LLC*, Case No. 14-5200 *("Mohamed"). Mohamed* was filed in United States District Court for the Northern District of California on November 24, 2014.  The complaint in that action involves all or a material part of the same subject matter as the action before this Court as it alleges violations of the Fair Credit Reporting Act 15 U.S.C. § 1681 in employment background screening, along with California Consumer Credit Reporting Agencies Act, California Civil Code § 1785.1 *et seq.*

Plaintiff also hereby notifies the Court that the instant case is related to another case, *Ronald Gillette v. Uber Technologies, Inc*., Case No.: 3:14-cv-05241-LB ("*Gillette*").  *Gillette* was filed in United States District Court for the Northern District of California on November 26, 2014.  The complaint in that action also involves all or a material part of the same subject matter as the action before this Court as it alleges violations of the Fair Credit Reporting Act 15 U.S.C. § 1681 in employment background screening, along with California Consumer Credit Reporting Agencies Act, Cal Civ. Code §§ 1785.1 *et seq,* and California Investigative Consumer Reporting Agencies Act, California Civil Code § 1786 *et seq*.

Dated:  July 22, 2015

Respectfully submitted,

SETAREH LAW GROUP

BY_____/s/Shaun Setareh_____
Shaun Setareh
Attorneys for Plaintiff
MICHAEL NOKCHAN

i

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING