ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
Uber Technologies, Inc. and Rasier, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NOKCHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC. et al.,<br><br>    Defendants. | Case No. 15-CV-03009-DMR<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Pursuant to Local Civil Rule 6-1, the parties, through their undersigned counsel, hereby stipulate and agree that Defendants Uber Technologies, Inc. and Rasier, LLC may have until August 13, 2015 to file their answer, motion or other response to the Complaint of Plaintiff Michael Nokchan in the captioned matter.

Plaintiff filed his Complaint on June 29, 2015, and Defendants have not obtained any other extensions of time to respond to Plaintiff's Complaint. No objections, arguments, or defenses are waived by either party by virtue of this stipulation. This stipulation will not require the alteration of any deadline already set by Court Order.

In compliance with Local Rule 5-1(i)(3), Plaintiff's counsel, Shaun Setarah, has concurred in this filing and use of his electronic signature below.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION FOR EXTENSION     1.      Case No. 15-CV-03009-DMR

Dated: July 24, 2015

/s/ Rod M. Fliegel
ROD M. FLIEGEL
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND
RASIER, LLC


/s/ Shaun Setareh
SHAUN SETAREH, ESQUIRE
TUVIA KOROBKIN, ESQUIRE
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, CA 90212
shaun@setarehlaw.com
tuvia@setarehlaw.com

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION FOR EXTENSION    2.    Case No. 15-CV-03009-DMR

# CERTIFICATE OF SERVICE

I, Rod M. Fliegel, hereby certify that on this date I caused a true and correct copy of the foregoing Stipulation for Extension of Time to File Responsive Pleading to be filed with the Court and served upon the following:

<u>Via CM/ECF</u>:

Shaun Setareh, Esquire

Tuvia Korobkin, Esquire

Setareh Law Group

9454 Wilshire Boulevard, Suite 907

Beverly Hills, CA  90212

shaun@setarehlaw.com

tuvia@setarehlaw.com

*Attorneys for Plaintiff*

                                               */s/ Rod M. Fliegel*
                                               Rod M. Fliegel

Dated:  July 24, 2015

Firmwide:134857237.2 073208.1000