# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NOKCHAN,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 15-cv-03009-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**<br><br>Re: Dkt. No. 7 |

On June 29, 2015, Plaintiff filed this action. Plaintiff has filed a Notice of Pendency of Other Action (Docket No. 7) indicating Plaintiff's belief that this case is related to Case No. 14-cv-5241-EMC. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Chen to determine whether it is related to *Gillette v. Uber Technologies*, Case No. 14-cv-5241-EMC.

**IT IS SO ORDERED.**

Dated: July 27, 2015

_____
Donna M. Ryu
United States Magistrate Judge