ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:  415.433.1940
Facsimile:  415.399.8490

Attorneys for Defendants
Uber Technologies, Inc. and Rasier, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NOKCHAN,<br><br>              Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC. et al.,<br><br>              Defendants. | Case No.  15-CV-03009-EMC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Pursuant to Local Civil Rule 6-1, the parties, through their undersigned counsel, hereby stipulate and agree that Defendants Uber Technologies, Inc. ("Uber"),  Rasier, LLC ("Rasier"), and Hirease LLC ("Hirease") (collectively "Defendants") may have until fourteen (14) days after the Court's ruling on the motion to consolidate in *Gillette v. Uber Technologies, Inc. et al.*, Civil Action No. 14-cv-05241 (ECF No. 84) or the filing of a Consolidated Complaint that includes the captioned matter, whichever is later, to file their answer, motion or other response to the Complaint of Plaintiff Michael Nokchan in the captioned matter.

Plaintiff filed his Complaint on June 29, 2015.  On July 24th, Plaintiff and Defendants Uber and Rasier stipulated for an extension of time to respond to the Complaint until August 13, 2015.  Defendants Uber and Rasier received an additional extension of time to respond until August 21, 2015 to meet and confer in good faith regarding the most efficient way to proceed

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION FOR EXTENSION                              1.                         Case No. 15-CV-03009-EMC

1  in light of this Court's previous rulings in the related cases of *Gillette v. Uber Technologies, Inc. et
2  al.*, Civil Action No. 14-cv-05241 and *Mohamed v. Uber Technologies, Inc. et al.*, Civil Action No.
3  14-cv-5200.  Subsequent to that stipulation, Ronald Gillette filed a motion to consolidate the
4  *Gillette*, *Mohamed*, and *Nokchan* litigation.  As a result of that motion and the parties' meet and
5  confer efforts, they now agree the most efficient course is to await the final outcome of the motion to
6  consolidate before Defendants are required to respond to the Complaint in this matter and Plaintiff
7  Nokchan is required to take further action.  Furthermore, Hirease's original responsive pleading
8  deadline is August 31, 2015, and has obtained no previous extensions of time to respond.  No
9  objections, arguments, or defenses are waived by any party by virtue of this stipulation.  This
10 stipulation will not require the alteration of any deadline already set by Court Order.  Indeed, the
11 Court's August 3, 2015 Order (ECF No. 19) set the initial case management conference for this
12 matter for November 12, 2015.
13         In compliance with Local Rule 5-1(i)(3), Plaintiff's counsel, Shaun Setareh, and
14 Hirease's counsel, Timothy Hix, has concurred in this filing and use of their electronic signatures
15 below.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION FOR EXTENSION        2.        Case No. 15-CV-03009-EMC

1  Dated: August 21, 2015

3  /s/ Rod M. Fliegel
4  ROD M. FLIEGEL
   LITTLER MENDELSON, P.C.
   Attorneys for Defendants
5  UBER TECHNOLOGIES, INC. AND
   RASIER, LLC

7  /s/ Shaun Setareh
8  SHAUN SETAREH, ESQUIRE
   TUVIA KOROBKIN, ESQUIRE
   SETAREH LAW GROUP
9  9454 Wilshire Boulevard, Suite 907
   Beverly Hills, CA 90212
10 shaun@setarehlaw.com
   tuvia@setarehlaw.com
11 Attorneys for Plaintiff
   MICHAEL NOKCHAN

13 /s/ Timothy L. Hix
   Timothy L. Hix, Esquire
   SEYFARTH SHAW LLP
14 333 S. Hope Street, Suite 3900
   Los Angeles, CA 90071-1406
15 thix@seyfarth.com
   Attorneys for Defendant
16 HIREASE LLC

19 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

21 Dated: 8/21/15

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION FOR EXTENSION         3.                Case No. 15-CV-03009-EMC

## CERTIFICATE OF SERVICE

I, Rod M. Fliegel, hereby certify that on this date I caused a true and correct copy of the foregoing Stipulation for Extension of Time to File Responsive Pleading to be filed with the Court and served upon the following:

<u>Via CM/ECF</u>:

Shaun Setareh, Esquire

Tuvia Korobkin, Esquire

Setareh Law Group

9454 Wilshire Boulevard, Suite 907

Beverly Hills, CA  90212

shaun@setarehlaw.com

tuvia@setarehlaw.com

*Attorneys for Plaintiff*

                                                         */s/ Rod M. Fliegel*
                                                        Rod M. Fliegel

Dated:  August 21, 2015

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION FOR EXTENSION            4.            Case No. 15-CV-03009-EMC